# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE LLC, | § § | |
| *Plaintiff,* | § § | Civil Action No. 4:25-cv-00096 |
| v. | § § | Judge Mazzant/Judge Davis |
| JULIO CESAR SALAS CERVANTES et al., | § § § § | |
| *Defendants.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 16, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #6) that Plaintiff Nationstar Mortgage LLC's claims be dismissed without prejudice for lack of subject-matter jurisdiction.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

SIGNED this 10th day of May, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE