# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE LLC, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-00096 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| JULIO CESAR SALAS CERVANTES, ET AL. | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 20, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #12) that Plaintiff Nationstar Mortgage LLC's Motion to Set Aside Judgment (Dkt. #9) be granted.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Nationstar Mortgage LLC's Motion to Set Aside Judgment (Dkt. #9) is hereby **GRANTED**. The final judgment, Dkt. 8, is **SET ASIDE**, and the case is **REINSTATED** on the active docket.

**IT IS SO ORDERED**.

SIGNED this 10th day of December, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE