# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE LLC, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-00096-ALM-BD |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| JULIO CESAR SALAS CERVANTES, et al., | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## MEMORANDUM ADDRESSING PREVIOUS REPORTS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. (Dkt. #2). On April 16, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #6) that the complaint (Dkt. #1) be dismissed without prejudice for want of jurisdiction. On May 10, 2025, with no timely objections to the Report of April 16, 2025, having been filed, the Court adopted the Report, ordered Plaintiff's claims dismissed without prejudice for want of jurisdiction (Dkt. #7), and entered a Final Judgment of dismissal (Dkt. #8).

On August 14, 2025, Plaintiff filed a motion under Federal Rule of Civil Procedure 60(b)(6) (Dkt. #9) to set aside the Court's dismissal order and judgment. The Court referred the motion to the Magistrate Judge (Dkt. #10), and on November 20, 2025, the Magistrate Judge issued a Report and Recommendation (Dkt. #12) that the Rule 60(b)(6) motion (Dkt. #9) be granted. On December 10, 2025, with no timely objections to the Report of November 20, 2025, having been filed, the Court adopted the Report (Dkt. #13).

The Magistrate Judge later issued a Report and Recommendation that a similar case be dismissed for want of jurisdiction. *AmeriHome Mortg. Co. v. Guin*, No. 4:25-CV-01071-ALM-BD,

2026 WL 2673763 (E.D. Tex. Sept. 10, 2026). No objections were timely filed to that Report, which aligned with the Court's order adopting the Magistrate Judge's Report of April 16, 2025, in this case (Dkts. ##6, 7), and the Court adopted it (*AmeriHome Mortg. Co. v. Guin*, No. 4:25-CV-01071-ALM-BD, Dkt. #25).

For the reasons stated in *AmeriHome*, 2026 WL 2673763, at *3–14; the Court's order in another similar case, *Lakeview Loan Servicing, LLC v. Makaka*, No. 4:25-cv-01077-ALM (E.D. Tex. July 7, 2026), Dkt. #20; and the Report of April 16, 2025, in this case (Dkt. #6), the Court hereby finds that the Magistrate Judge's Report of April 16, 2025, in this case (Dkt. #6) was correct and that the Magistrate Judge's Report of November 20, 2025 (Dkt. #12), was in error.

It is therefore **ORDERED** that the Court's order adopting the Report of November 20, 2025 (Dkt. #13), is **WITHDRAWN** and that Report (Dkt. #12) is **REJECTED**, leaving the Court's order adopting the Report of April 16, 2025 (Dkt. #7), in effect.

It is further **ORDERED** that all pending motions are **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 1st day of October, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE